[Nos. 40203-3-II; 40206-8-II;   Division Two.   April 20, 2011.]
40213-1-II; 40216-5-II.

*In the Matter of the Dependency of* D.K. ET AL.

Appeals from a judgment of the Superior Court for Mason County, No. 09-7-00124-5, Toni A. Sheldon, J., entered December 24, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, C.J., and Johanson, J.

[Nos. 41430-9-II; 41434-1-II.   Division Two.   April 20, 2011.]

*In the Matter of the Welfare of* R.F-D. ET AL.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 10-7-00114-4, David L. Edwards, J., entered October 27, 2010. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Johanson, J.

[No. 25880-7-III.   Division Three.   April 21, 2011.]

ALAN PARMELEE, *Appellant*, M. ABBOTT ET AL., *Respondents*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 06-2-01016-8, Donald W. Schacht, J., entered January 25, 2007. *Reversed* and *remanded* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 28892-7-III.   Division Three.   April 21, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. WALLACE JOSEPH GRIFFITH, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-1-00375-5, Vic L. VanderSchoor, J., entered March 9, 2010. *Reversed and remanded* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.